UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>          Plaintiff,<br><br>     v.<br><br>R. TIMMS, *et al.*,<br><br>          Defendants. | Case No.  2:23-cv-1771-DC-JDP (P)<br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the December 2, 2025 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 32, is GRANTED; and

2. Plaintiff is granted until January 6, 2026 to file objections to the December 2, 2025 findings and recommendations.

IT IS SO ORDERED.

Dated:     December 29, 2025                           _____
                                                                             JEREMY D. PETERSON
                                                                             UNITED STATES MAGISTRATE JUDGE

1